UNITED STATES DISTRICT COURT
DISTRICT OF MINESOTA

---

Court File No. 01-491 DWF/SRN

Michael Iheme,

Plaintiff,

vs.

Speedway SuperAmerica,
being sued as Speedway
SuperAmerica, LLC

Defendant.

STIPULATION AND ORDER TO AMEND COMPLAINT AND TO EXTEND TIME TO ANSEWER OR OTHERWISE REPOSPOND TO PLAINTIFF'S AMENDED COMPLAINT

---

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Michael Iheme and defendant Speedway SuperAmerica, through their respective counsel, that Plaintiff be allowed to Amend his Complaint to include federal claims and damages as allowed by law and that Speedway SuperAmerica's time to answer or otherwise respond to plaintiffs Amended Complaint in this case is extended to and including June 5, 2001.

Dated this 23rd day of May, 2001.

HALUNEN & NESS, LLP

Clayton D. Halunen, #219721
701 4th Avenue South
Suite 500
Minneapolis, MN 55415
(612) 337-9023

FILED MAY 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated this 25 day of May, 2001.

FAEGRE & BENSON LLP

Marcy R. Frost

John W. Polley, #173988
Marcy R. Frost, #229933
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MINT 55402~~390 1
(612) 336-3000

ATTORNEYS FOR Speedway SuperAmerica, LLC

ORDER

Upon the foregoing Stipulation,

IT IS SO ORDERED.

Dated this 29th day of May, 2001.

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge