# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael Iheme,

v.

Speedway SuperAmerica, being sued as
Speedway SuperAmerica, LLC,

Case No. Civil 01-491 DWF/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendant's motion for summary judgment is granted.

The complaint is dismissed with prejudice.

DATE: May 22, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

27